FILED
HARRISBURG
JAN 03 2014
GARY L. HOLLINGER,
PER _____ ACTING CLERK

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| SHANIKA DAVIS | |
| | Case No.  1:13-CR-0283-01 |
| | USM No. 58334-054 |
| | Frederick Ulrich, Esquire |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   General   of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| General Condition | Defendant shall not commit another federal, state, local crime | 04/09/2013 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 7051

Defendant's Year of Birth:  1981

City and State of Defendant's Residence:
Harrisburg, Pennsylvania

12/17/2013
Date of Imposition of Judgment

_/s/ Sylvia H. Rambo_
Signature of Judge

Sylvia H. Rambo, United States District Judge
Name and Title of Judge

1/2/14
Date

Judgment — Page 2 of 2

DEFENDANT: SHANIKA DAVIS
CASE NUMBER: 1:13-CR-0283-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

Fifteen (15) months on each of counts 1, 2 and 3 to be served concurrently.

☑ The court makes the following recommendations to the Bureau of Prisons:

Placement at an institution in the state of New York that will be able to provide adequate medical care.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

☐ The defendant is to contact the United States Marshal's Office no later than three days prior to the above date to be notified of the place of confinement.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.


_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL